IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA BOWLES,                          :

        Plaintiff,

    v.                                    :          Case No. 3:12-cv-145

NOVARTIS PHARMACEUTICALS                            JUDGE WALTER H. RICE
CORPORATION,                             :

        Defendant.                       :

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION TO
SUBSTITUTE PARTY PLAINTIFF, AND MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT (DOC. #70); ALLEN WILLIAMS, IN HIS
CAPACITY AS EXECUTOR OF BARBARA BOWLES'S ESTATE TO BE
SUBSTITUTED AS PARTY PLAINTIFF; PLAINTIFF TO FILE AMENDED
COMPLAINT WITHIN 14 DAYS OF THIS DECISION AND ENTRY

---

Plaintiff Barbara Bowles passed away on October 18, 2013.  Her brother,

Allen Williams, was nominated in her Last Will and Testament as Executor of her

Estate.  On February 19, 2014, he filed a Notice of Death, and moved to substitute

himself, in his capacity as Executor, as the party plaintiff.  He also moved for leave

to file an Amended Complaint to reflect this change.  Doc. #70.  Ohio Revised

Code § 2305.21 permits a personal representative of a deceased plaintiff's estate

to continue litigation that arose from personal injury.

Defendant, Novartis Pharmaceuticals Corporation, objected to Williams's

motion only because, at the time it was filed, Williams had not yet been appointed

as Executor by the Probate Court of Montgomery County.  Doc. #71.  That defect

has now been resolved.  Probate Court records in Case No. 2014EST00399 indicate that Williams was appointed as Executor of Barbara Bowles's estate on March 11, 2014.

Accordingly, pursuant to Federal Rule of Civil Procedure 25(a), the Court SUSTAINS Plaintiff's Motion to Substitute Party Plaintiff, and Motion for Leave to File Amended Complaint.  Doc. #70.  Williams shall have 14 days from the date of this Decision and Entry to file his Amended Complaint.

Date: March 14, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE